AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS, FORT WORTH DIVISION**

UNITED STATES

V.

Clois Glenn Raborn

## EXHIBIT AND WITNESS LIST

Case Number: 4:22-MJ-047

| PRESIDING JUDGE<br>CURETON | PLAINTIFF'S ATTORNEY<br>BRANDIE WADE | DEFENDANT'S ATTORNEY<br>CODY COFER |
| --- | --- | --- |
| TRIAL DATE (S)<br>1/26/22 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>JULIE HARWELL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 1 | | 1/26/2022 | YES | YES | PHOTOS |
| | | | | | Returned to Offering Party JH    Received by: BW |
| 2 | | 1/26/2022 | YES | YES | PHOTOS |
| | | | | | Returned to Offering Party JH    Received by: BW |
| 3 | | 1/26/2022 | YES | YES | PHOTOS |
| | | | | | Returned to Offering Party JH    Received by: BW |
| 4 | | 1/26/22 | yes | yes | Photos |
| | | | | | Returned to Offering Party JH    Received by: BW |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 26 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages