IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CLOIS GLENN RABORN (01)

NO.  4:22-CR-066-O

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that

the government posted notice of this forfeiture action on an official government internet site

(www.forfeiture.gov) for at least 30 consecutive days beginning on June 28, 2022 as shown

by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY


*/s/ Brandie Wade*
BRANDIE WADE
Assistant United States Attorney
State Bar of Texas No. 24058350
801 Cherry Street, 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: brandie.wade@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I certify that on August 11, 2022, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to counsel for Defendant, who has consented in writing to accept this Notice as service of this document by electronic means.

/s/ Brandie Wade
BRANDIE WADE
Assistant United States Attorney
