IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLOIS GLENN RABORN (01) | NO.  4:22-CR-066-O |

## AMENDED NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that the government posted notice of this forfeiture action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on August 19, 2022 as shown by the Advertisement Certification Report attached as Exhibit A.

    Respectfully submitted,

    CHAD E. MEACHAM
    UNITED STATES ATTORNEY

    */s/ Brandie Wade*
    BRANDIE WADE
    Assistant United States Attorney
    State Bar of Texas No. 24058350
    801 Cherry Street, Suite 1700
    Fort Worth, Texas 76102
    Telephone: 817-252-5200
    Facsimile: 817-252-5455
    Email: brandie.wade@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on September 23, 2022, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to counsel for Defendant, who has consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ Brandie Wade*
                                              BRANDIE WADE
                                              Assistant United States Attorney